In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of the FIRST RUSSIAN INSURANCE COMPANY.

SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, et al., Appellants; FREDERICK B. CAMPBELL et al., Respondents.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of the FIRST RUSSIAN INSURANCE COMPANY.

SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, et al., Appellants; MICHAEL IMCHANITZKY, Respondent.

(Argued November 20, 1934; decided December 4, 1934.)

*John M. Downes* and *Alfred L. Green* for Superintendent of Insurance, appellant.

*G. Frank Dougherty, Samson Selig* and *Ruth I. Wilson* for George J. Hadjinoff et al., appellants.

*Borris M. Komar* for Georg Brusendorff et al., appellants.

*Frederick B. Campbell* for respondents in first above-entitled proceeding.

*George Frankenthaler* and *Alexander Bicks* for respondent in second above-entitled proceeding.

In each proceeding, order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.